JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:25-cv-03718-CV (SKx) | Date August 27, 2025 |
| Title *Needle It Up LLC, et al. v. Porsche Cars North America, Inc., et al.* | |

Present: The Honorable   Cynthia Valenzuela, United States District Judge

| Jessica Cortes | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER GRANTING MOTION TO REMAND [14]**

On May 28, 2025, Plaintiffs Jessica Contreras and Needle It Up LLC ("Plaintiffs") filed a Motion to Remand, set for hearing on August 29, 2025. Doc. # 14 ("Motion"). On August 8, 2025, Defendant Porsche Cars North America, Inc. filed a Statement of Non-Opposition in response to the Motion. Doc. # 24.

Having reviewed and considered all the briefing filed with respect to the Motion, the Court finds that oral argument is not necessary to resolve the Motion, *see* Fed. R. Civ. P. 78(b); Local Rule 7-15; *Willis v. Pac. Mar. Ass'n*, 244 F.3d 675, 684 n.2 (9th Cir. 2001), and therefore vacates the August 29, 2025 hearing and concludes as follows.

Because the Motion is unopposed (*see* C.D. Cal. L.R. 7-12), and because the Court agrees that the joinder of Defendant Rusnak Corporation destroys jurisdiction, the Court GRANTS the Motion and orders that the matter be remanded to Los Angeles County Superior Court.

**IT IS SO ORDERED.**